# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 20, 2026

Lyle W. Cayce
Clerk

No. 24-60420

Florida Gas Transmission Company, L.L.C., a subsidiary of Energy Transfer, L.P.,

*Petitioner,*

*versus*

United States Department of Transportation; Pipeline and Hazardous Materials Safety Administration; Office of Pipeline Safety,

*Respondents.*

Petition for Review of an Order of the
Department of Transportation, National Transportation Safety Board
Agency No. 4-2022-032-NOPV

## JUDGMENT

Before Haynes, Ho, and Oldham, *Circuit Judges*.

This cause was considered on the record of the Department of Transportation, National Transportation Safety Board and was argued by counsel.

IT IS ORDERED and ADJUDGED that we vacate the agency's final order.

No. 24-60420

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.